UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ADRIANNA THURMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:19CV828 RLW |
| ST. LOUIS COUNTY, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff Adrianna Thurman's Motion to Proceed In Forma Pauperis (ECF No. 1). Therein, Plaintiff seeks leave to proceed in this action without payment of the required filing fee. Plaintiff also includes a financial affidavit in support of the motion. Upon review and consideration of Plaintiff's motion and financial affidavit, the Court finds that Plaintiff is financially unable to pay any portion of the filing fee, and will therefore grant Plaintiff leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).

Therefore,

**IT IS HEREBY ORDERED** that Plaintiff Adrianna Thurman's Motion to Proceed In Forma Pauperis (ECF No. 2) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk is directed to issue process or cause process to issue on the Complaint.

Dated this 18th day of April, 2019.

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**